

U.S. Department of Justice
Civil Rights Division

NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

**VIA EMAIL**

*150 M Street, N.E.*
*Karen Ferguson , EMP, 4CON, Room 9.514*
*Washington, DC 20530*

March 08, 2023

Ms. Robin Brooks
c/o Lara K. Pabst, Esquire
Law Offices of Krigel & Krigel
4520 Main Street
Suite 700
Kansas City, MO  64111

Re:  EEOC Charge Against Board of Public Utilities
     No. 563202200768

Dear Ms. Brooks:

   Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

   If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

   The investigative file pertaining to your case is located in the EEOC Kansas City Area Office, Kansas City, KS.

   This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

                                  Sincerely,

                                  Kristen Clarke
                                  Assistant Attorney General
                                  Civil Rights Division

                             by     /s/ Karen L. Ferguson
                                  Karen L. Ferguson
                                  Supervisory Civil Rights Analyst
                                  Employment Litigation Section

cc: Kansas City Area Office, EEOC
    Board of Public Utilities